April 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANGELICA CASTIBLANCO AND ANGEL RAMIREZ, Appellants

NO. 14-12-00053-CV                    V.

SECURITY NATIONAL MORTGAGE, ET. AL., Appellees
_____

  Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

  We further order that all costs incurred by reason of this appeal be paid by ANGELICA CASTIBLANCO AND ANGEL RAMIREZ.

  We further order this decision certified below for observance.